# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA JONES FAIRLEY,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK USA,<br><br>Defendant. | Civil Action No.<br>1:23-cv-00477<br><br>JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Victoria Jones Fairley ("Plaintiff") and Defendant TD Bank USA ("Defendant") (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice.

The Parties stipulate to the dismissal of this action with prejudice, and with all costs to be borne by the respective party incurring the same.

Dated: October 4, 2023                                    Respectfully Submitted,

BY: /s/ Joseph L. Gentilcore
Joseph L. Gentilcore, Esq.
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
215-735-8600
jgentilcore@consumerlawfirm.com

*Attorneys for Plaintiff*

BY: /s/ Jennifer A. Harris
Jennifer A. Harris, Esq.
BROWN & CONNERY, LLP
6 N. Broad Street, Suite 100
Woodbury, New Jersey 08093
Tel: (856) 812-8900
Email: jharris@brownconnery.com

*Attorneys for Defendant*

Ordered this 5th day of October, 2023

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL_CLEAN